# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**QUEEN WATSON and**
**JACQUELINE WEST**                                                      **PLAINTIFFS**

**V.**                                        **3:20CV00050 JM**

**PATIENTMATTERS LLC**                                                   **DEFENDANT**

## ORDER

Plaintiffs' attorneys of record filed a motion to withdraw as Plaintiff Queen Watson's counsel but to remain as counsel for Jacqueline West. The Court would like a response to the motion from Ms. Watson.

Ms. Watson is directed to file with the Court on or before December 4, 2020 a response to her attorneys' motion to withdraw. The Clerk is directed to mail by certified mail, return receipt requested, a copy of this Order along with the motion (ECF No. 21) and Defendant's response (ECF No. 22) to Ms. Watson at the address listed for her in the docket.

IT IS SO ORDERED this 25th day of November, 2020.

_____
James M. Moody Jr.
United States District Judge